IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02382-WYD-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

ASPEN PETROLEUM PRODUCTS, INC., and
TERRANCE TSCHATSCHULA,

    Defendants.

## ORDER GRANTING UNOPPOSED
## MOTION TO ENTER CONSENT DECREE

THIS MATTER is before the Court on the United States' Unopposed Motion To Enter Consent Decree (filed January 3, 2008). The Court, having considered the motion and being fully advised in the premises, finds that the Consent Decree is fair, reasonable and consistent with the purposes of the Clean Water Act for the reasons set forth in the United States' motion. Accordingly, it is

ORDERED that the Unopposed Motion to Enter Consent Decree is **GRANTED.** The Consent Decree, which was lodged with this Court on November 14, 2007 (Docket 2, Ex. A), is approved and deemed to be entered on the date of this Order. It is further

ORDERED that this action by the United States is hereby **DISMISSED WITHOUT PREJUDICE**; provided, however, that nothing herein shall affect the terms

of the Consent Decree entered this day and that this Court retains jurisdiction to enforce the terms of the Consent Decrees as entered.

Dated: January 17, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge